FILED

30 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHANNON BORGES a.k.a. Shannon Burges, ) <br> ) <br> Defendant. ) | 2:10-CR-117-PMP (LRL) |

**ORDER OF FORFEITURE**

On August 30, 2010, defendant SHANNON BORGES a.k.a. Shannon Burges pled guilty to count One of a One-Count Criminal Indictment charging him in Count One with Theft of Government Property in violation of Title 18, United States Code, Section 641 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment.

This Court finds that SHANNON BORGES a.k.a. Shannon Burges shall pay a criminal forfeiture money judgment of $1,305.93 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, Untied States Code, Section 2481(c).

. . .

. . .

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from SHANNON BORGES a.k.a. Shannon Burges a criminal forfeiture money
3  judgment in the amount of $1,305.93 in United States Currency.
4  DATED this 20L day of Ayt, 2010.

_____
UNITED STATES DISTRICT JUDGE