FILED

CLERK, U.S. DISTRICT COURT
DISTRICT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )
                                    )
        v.                          )   2:10-CR-117-PMP (LRL)
                                    )
SHANNON BORGES,                     )
aka SHANNON BURGES,                 )
                                    )
                Defendant.          )

## ORDER OF FORFEITURE

This Court found on August 30, 2010, that SHANNON BORGES aka SHANNON BURGES, shall pay a criminal forfeiture money judgment of $1,305.93 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHANNON BORGES aka SHANNON BURGES a criminal forfeiture money judgment in the amount of $1,305.93 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

DATED this 6th day of Dec, 2010.

_____
UNITED STATES DISTRICT JUDGE